UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YONATHAN MARINO MORA DURAN,

    Petitioner,

v.                           Case No. 6:26-cv-265-RBD-NWH

SECRETARY KRISTI NOEM; IMMIGRATION & CUSTOMS ENFORCEMENT (ICE); GARRET RIPA; and DEPARTMENT HOMELAND SECURITY,

    Respondents.
_____

### ORDER

Petitioner filed a petition for a writ of habeas corpus challenging his detention under 28 U.S.C. § 2241. (Doc. 1.) In response, the Government provided documentary evidence indicating that Petitioner has been located in the Florida Soft-Sided Facility South, colloquially known as Alligator Alcatraz—which the Court is aware is in Ochopee in Collier County—for weeks before the filing of the petition.[1] (*See* Doc. 10, p. 7; Doc. 10-2.) Because this action is most

---

[1] While the Court appreciates that ICE's acknowledged practice of frequent transfer makes it difficult to know a detainee's location, the Court cautions Petitioner's counsel that he should take greater care in making sure these key facts are correct in each case—particularly when he verifies them in a sworn petition. (*See* Doc. 1, ¶ 19); *cf. Rumsfeld v. Padilla*, 542 U.S. 426, 454 (2004) (Kennedy, J., concurring) (analysis different where government frequently moves detainee so counsel does not know where to file).

directly connected to Collier County at the time of filing, the Court "must transfer the action" to the Fort Myers Division. *See* Local Rule 1.04(a)–(b).

To ensure that the petition is promptly reviewed, the Court declines to vacate its temporary restraining order preventing Petitioner's physical transfer, leaving it to the transferee court to resolve. (Doc. 4); *see Khalil v. Joyce*, 771 F. Supp. 3d 268, 291 (S.D.N.Y. 2025) (maintaining pre-transfer order "unless and until the transferee court orders otherwise").

Before this case is transferred, this Court would be remiss if it did not take this opportunity to **COMMEND** Assistant U.S. Attorney Yohance A. Pettis, Esq., for his thorough, measured, and professional response brief in this matter under a great deal of time pressure.

The Clerk is **DIRECTED** to transfer this action to the Fort Myers Division of the U.S. District Court for the Middle District of Florida and then to close the file.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 5, 2026.



ROY B. DALTON, JR.
United States District Judge